IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| MARVIN NEELY, | ) |
|       Plaintiff, | ) |
| vs. | ) Case No.: |
| KRAFT HEINZ, INC., a foreign corporation, | ) |
|       Defendant. | ) |

**COMPLAINT AND JURY DEMAND**

NOW COMES, plaintiff, Marvin Neely by and through his attorney Stephen T. Fieweger, P.C. and for his complaint and jury demand against the defendant Kraft Heinz, Inc., and in support of his complaint hereby states as follows:

### Count I -- Race Discrimination in Employment Against Kraft Heinz, Inc. in Violation of 42 USC §2000(e)–(1)

1. That Marvin Neely is a resident of Rock Island County, Illinois at all times material to this cause of action.

2. That Marvin is an African American who was employed as a lead production worker by the defendant Kraft Heinz, Inc. for 9.5 years.

3. That the defendant Kraft Heinz, Inc. is a foreign corporation who is doing business in all 50 states including the State of Illinois.

4. That this court has subject matter jurisdiction over this cause of action under 28 USC §1331 and 42 USC §2000 e-1 et. seq.

5. That Marvin worked for at defendants Muscatine, Iowa plant when he was terminated on July 24, 2019.

6. That prior to July 24, 2019 Marvin had never been suspended or disciplined by the defendant Kraft Heinz, and his work performance met the legitimate business expectations of the defendant.

7. That on July 22, 2019 Marvin was discussing a work issue with another lead production worker, Ben Gomes in which Marvin informed Mr. Gomes that they needed to have eleven inches of water in the back tank. A Caucasian maintenance worker, Shane Fuller overheard Marvin state this and made a sexually derogatory innuendo toward Marvin by stating "I have got eleven inches for you" while smirking at Marvin. Marvin told Shane Fuller that he did not accept that statement and that if Fuller ever said any similar sexually derogatory statements toward him in the future he would beat him.

8. That on July 23, 2019 Marvin was suspended.

9. That on July 24, 2019 Marvin was terminated for "creating a violent workplace."

10. That Marvin met the legitimate non-discriminatory business expectations of the defendant Kraft Heinz, Inc. at all times material to this cause of action.

11. That the defendant's reason for termination was pretext for race discrimination since Shane Fuller received no discipline despite instigating the workplace disturbance.

12. That the reason for termination is pretextual in that Marvin did not create a violent workplace at all.

13. That the defendant Kraft Heinz, Inc. has disciplined Marvin more harshly than similarly situated production workers who are not African American who have engaged in similar acts but have not been terminated.

14. That Marvin has exhausted his administrative remedies in that he timely filed his charge of race discrimination with the United States Equal Employment Opportunity Commission on September 16, 2019 and has received his right to sue letter on October 2, 2019. **Exhibit 1**, a true and correct copy of the dismissal and notice of rights to sue letter from Julieann Bowman, District Director for the United States Equal Employment Opportunity Commission.

15. That as a direct and proximate result of defendant's racially discriminatory termination of him, Marvin is entitled to recover damages consisting of back pay, reinstatement to his former position or in lieu thereof front pay to age 67. He is entitled compensatory damages for emotional distress and is entitled to recover his attorney's fees, expert witness fees and the costs of this action.

16. That Marvin is also entitled to recover punitive damages because defendant's managers have made derogatory statements about Marvin, including that he needed to be watched closely and that Marvin needed to be locked in a cage, thereby demonstrating willful and malicious attitude toward Marvin by the defendant.

WHEREFORE, plaintiff Marvin Neely hereby requests this court enter judgment in his favor and against the defendant Kraft Heinz, Inc. in an amount equal to his lost back pay, reinstatement to his former position with increases in pay and benefits that accrued or in lieu thereof front pay to age 67, recovery of compensatory damages, recovery of punitive damages and payment of plaintiff's attorney's fees, expert witness fees and the costs of this action.

**Count II – Race Discrimination in Employment 42 USC §1981 Against Kraft Heinz, Inc.**

1. That Marvin Neely is a resident of Rock Island County, Illinois at all times material to this cause of action.

2. That Marvin is an African American who was employed as a lead production worker by the defendant Kraft Heinz, Inc. for 9.5 years.

3. That the defendant Kraft Heinz, Inc. is a foreign corporation who is doing business in all 50 states including the State of Illinois.

4. That Marvin worked at defendants Muscatine, Iowa plant when he was terminated on July 24, 2019.

5. That prior to July 24, 2019 Marvin had never been suspended or disciplined by the defendant Kraft Heinz and his work performance meet the legitimate business expectations of the defendant.

6. That on July 22, 2019 Marvin was discussing a work issue with another lead production worker, Ben Gomes in which Marvin informed Mr. Gomes that they needed to have eleven inches of water in the back tank. A Caucasian maintenance worker Shane Fuller overheard Marvin state this and made a sexually derogatory innuendo toward Marvin by stating that he had "the he got eleven inches for you" while smirking at Marvin. Marvin told Shane Fuller that he did not accept that statement and that if Fuller ever said any similar sexually derogatory statements toward him he would beat him.

7. That on July 23, 2019 Marvin was suspended.

8. That on July 24, 2019 Marvin was terminated for "creating a violent workplace."

4

9. That Marvin met the legitimate non-discriminatory business expectations of the defendant Kraft Heinz, Inc. at all times material to this cause of action.

10. That the defendant's reason for termination was pretext for race discrimination. Shane Fuller received no discipline despite instigating the workplace disturbance.

11. That the reason for termination is also pretextual in that Marvin did not create a violent workplace at all.

12. That the defendant Kraft Heinz, Inc. has disciplined Marvin more harshly than similarly situated production workers who are not African American who have engaged in similar acts but have not been terminated.

13. This court has subject matter jurisdiction over this cause of action pursuant to 29 USC §1331 and pursuant to 42 USC §1981.

14. That Marvin has exhausted his administrative remedies in that he timely filed his charge of race discrimination with the United States Equal Employment Opportunity Commission on September 16, 2019 and has received his right to sue letter on October 2, 2019. **Exhibit 1**, a true and correct copy of the dismissal and notice of rights to sue letter from Julieann Bowman, District Director for the United States Equal Employment Opportunity Commission.

15. That Marvin is also entitled to recover punitive damages because defendant's managers have made derogatory statements about Marvin, including that he needed to be watched closely and that Marvin needed to be locked in a cage, thereby demonstrating willful and malicious attitude toward Marvin by the defendant. That Marvin is entitled to recover punitive damages in an amount equal to ten times the amount of back pay, front pay and

compensatory damages awarded to him by the court and the jury, pursuant to 42 USC §1981 and 42 USC §1983a.

WHEREFORE, plaintiff Marvin Neely hereby requests that this court enter judgment in his favor and against the defendant Kraft Heinz, Inc. in an amount equal to his lost back pay, front pay to age 67, an amount equal to his compensatory damages, recovery of his attorney's fees, expert witness fees and the costs of this action, and also in an amount for punitive damages equal to up to ten times the amount of his compensatory damages, back pay and front pay awards, plus such other and further relief the court deems equitable.

**PLAINTIFF REQUESTS A TRIAL BY JURY**

Marvin Neely, Plaintiff

/s/ Stephen T. Fieweger

Stephen T. Fieweger
5157 Utica Ridge Road
Davenport, IA 52807
Phone: 563.424.1982
Fax: 563.424.1983
Email: sfieweger@fiewegerlaw.com

| EEOC Form 161 (11/16) | **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION** | OCT - 2 2019 |
|---|---|---|

## DISMISSAL AND NOTICE OF RIGHTS

To: **Marvin Neely**
C/O Stephen T. Fieweger
Stephen T. Fieweger Law
5157 Utica Ridge Road
Davenport, IA 52807

From: **Chicago District Office**
230 S. Dearborn
Suite 1866
Chicago, IL 60604

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2019-07688 | Juan Torres, Investigator Support Asst | (312) 872-9698 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____  9/25/2019
Julianne Bowman,                    (Date Mailed)
District Director

Enclosures(s)

cc: **Cynthia Peterson**
Senior Counsel, Labor & Employment
KRAFT HEINZ FOODS COMPANY
200 East Randolph St., Suite 7600
Chicago, IL 60601

**EXHIBIT 1**